IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIE McNAIR, ) | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) |   1:98cv915-T |
| ) |     (WO) |
| DONAL CAMPBELL, etc., ) | |
| ) | |
|     Respondent. ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on July 13, 2005 (Doc. No. 130), wherein the final judgment of this court made and entered herein on March 12, 2004 (Doc. no. 108), was affirmed in part and reversed in part; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on September 21, 2005, and received in the office of the clerk of this court on September 22, 2005 (Doc. no. 130), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and

entered on March 12, 2004 (Doc. no. 108), is amended as follows:

    (1) Petitioner Willie McNair's petition for writ of habeas corpus, filed on August 18, 1998 (Doc. No. 1), is denied.

    (2) Costs are taxed against petitioner McNair, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of September, 2005.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE